UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT BECKLEY

UNITED STATES OF AMERICA

v.  CRIMINAL ACTION NO. 5:24-cr-00122

JACK PASKIN

### ORDER

On August 21, 2024, all counsel and the Defendant appeared for a guilty plea hearing. The single-count Information charges the Defendant with money laundering in violation of 18 U.S.C. § 1957. [Doc. 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on August 21, 2024. [Doc. 13]. Objections in this case were due on September 9, 2024. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R **AS MOULDED [Doc. 13]** and **DEFERS** acceptance of the Plea Agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:   September 26, 2024



Frank W. Volk
Chief United States District Judge